**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST AMENDED PLAN

DEBTOR: Alberto Flores          JOINT DEBTOR: Beatriz Flores     CASE NO.:13-25470-AJC

Last Four Digits of SS# 8192          Last Four Digits of SS# 3915

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 680.00    for months  1  to  36 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00+$150.00 (costs)+$3,650.00 TOTAL PAID $2,000.00
        Balance Due    $ 1,650.00 payable $ 165.00 /month (Months  1  to  10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                         Arrearage on Petition Date    $
Address:                         Arrears Payment    $_____/month (Months _____ to _____)
                                 Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                          Total Due     $
                Payable                        $_____/month (Months___ to ___) Regular Payment $

Unsecured Creditors:  Pay $ 447.00 /month (Months 1 to 10 ); Pay $ 612.00 /month (Months 11 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor
shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

Other Provisions Not Included Above: Debtors are paying Bank of America directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Attorney for Debtor                          Attorney for Joint Debtor
Date: 11/26/13                               Date: 11/26/13

LF-31 (rev. 01/08/10)